IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT M. MUDGE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:10-cv-402-JPG-SCW |
| | : |
| THE SCOTTS MIRACLE-GRO COMPANY, | : |
| | : |
| Defendant. | : |

### JUDGMENT

This matter having come before the Court and the Court having determined it has no subject matter jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice for lack of jurisdiction.

**DATED: December 21, 2011**           **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                            **By:s/Deborah Agans, Deputy Clerk**


**Approved:**     s/J. Phil Gilbert
                **J. PHIL GILBERT
                DISTRICT JUDGE**